Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  25−10658−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Erin O. Rocci
aka Erin Ryan O'Connell Rocci, aka Erin
O'Connell Rocci
440 Baylor Road
Wenonah, NJ 08090

Social Security No.:
xxx−xx−0792

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 5, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Erin O. Rocci  
    Debtor

Case No. 25-10658-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                        Page 1 of 3

Date Rcvd: Mar 05, 2026                 Form ID: 148                      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Erin O. Rocci, 440 Baylor Road, Wenonah, NJ 08090-1107 |
| aty | + | Ashley M Pascuzzi, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| 520526953 | + | Edward Rocci, 372 Ivy Mills Road, Glen Mills, PA 19342-1424 |
| 520526954 | | Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 520526958 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520526962 | | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | + | Email/Text: RASEBN@raslg.com | Mar 05 2026 21:02:00 | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 05 2026 21:02:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520561581 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 05 2026 21:02:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520549016 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 05 2026 21:03:00 | ALDRIDGE PITE, LLP, c/oJenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520526947 | + | EDI: GMACFS.COM | Mar 06 2026 01:46:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520593446 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 21:05:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520526948 | | EDI: BANKAMER | Mar 06 2026 01:46:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 520526949 | | EDI: JPMORGANCHASE | Mar 06 2026 01:46:00 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 520526950 | + | Email/Text: bankruptcy@cavps.com | Mar 05 2026 21:04:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 520548868 | + | Email/Text: bankruptcy@cavps.com | Mar 05 2026 21:04:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, |

District/off: 0312-1                          User: admin                                    Page 2 of 3
Date Rcvd: Mar 05, 2026                       Form ID: 148                                  Total Noticed: 33

| | | | |
|---|---|---|---|
| | | | CT 06831-0405 |
| 520526951 | EDI: CITICORP | Mar 06 2026 01:46:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520526952 | EDI: DISCOVER | Mar 06 2026 01:46:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 520526955 | EDI: CAPITALONE.COM | Mar 06 2026 01:46:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520526956 | Email/Text: Bankruptcy@mjrf.com | Mar 05 2026 21:02:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike, Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 520602250 | + Email/Text: ecfbnc@aldridgepite.com | Mar 05 2026 21:03:00 | Nationstar Mortgage LLC, C/O Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520526957 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 05 2026 21:02:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520526959 | + Email/Text: bankruptcy@pseg.com | Mar 05 2026 21:02:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520526960 | + Email/Text: RASEBN@raslg.com | Mar 05 2026 21:02:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520526961 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 05 2026 21:04:00 | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520526963 | Email/Text: bankruptcynotice@sjindustries.com | Mar 05 2026 21:03:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520526964 | EDI: SYNC | Mar 06 2026 01:46:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 71783, Philadelphia, PA 19176-1783 |
| 520526965 | + EDI: TDBANKNORTH.COM | Mar 06 2026 01:46:00 | TD Bank, NA, 200 Carolina Point Parkway, Building B, Greenville, SC 29607-5766 |
| 520526966 | + Email/Text: ClericalSupport@tenagliahunt.com | Mar 05 2026 21:03:00 | Tenaglia & Hunt, PA, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520595602 | ^ MEBN | Mar 05 2026 20:58:49 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 520540331 | + Email/Text: RASEBN@raslg.com | Mar 05 2026 21:02:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                          User: admin                              Page 3 of 3

Date Rcvd: Mar 05, 2026                       Form ID: 148                             Total Noticed: 33

Date: Mar 07, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC ecfnotices@grosspolowy.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust Company  National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Erin O. Rocci roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7